```
J. SCOTT GERIEN, State Bar No. 184728
JOHN N. HEFFNER, State Bar No. 221557
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Ste. 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff,
REBEL WINE CO. LLC

KENNETH G. JONES, State Bar No. 196868
JASON J. GRANSKOG, State Bar No. 190233
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

Attorneys for Defendant,
LIDO BAY INC.
```

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila
8/11/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebel Wine Co. LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>Lido Bay Inc.<br><br>           Defendant. | CASE NO.  CV13-03351 EJD<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).  The Clerk shall close the file.

///

///

///

STIPULATED DISMISSAL WITHOUT PREJUDICE                                    1                                    Case No. CV13-03351 EJD

Dated: 7/31/14

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
John N. Heffner

1455 First Street, Ste. 301
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff,
Rebel Wine Co. LLC

Dated: 7-30

Respectfully submitted,

BOWLES & VERNA LLP

By _____
Kenneth G. Jones
Jason J. Granskog

2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

Attorneys for Defendant,
Lido Bay Inc.